# In the United States Court of Federal Claims

No. 17-318C
(Filed: September 14, 2017)

|  |  |
|---|---|
| _____ | ) |
| LOPES, JASON, | ) |
| RIVERA, SHERWIN, | ) |
|  | ) |
|                Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
|                Defendant. | ) |
| _____ | ) |

## O R D E R

Pursuant to the Joint Stipulation of Dismissal filed on September 13, 2017, and Rule 41 (a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the action is dismissed with prejudice.

**IT IS SO ORDERED.**

s/Bohdan A. Futey
BOHDAN FUTEY
Senior Judge